

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

George E. Ray (Pro Se)  : CIVIL ACTION
  v.                    :
Global Acceptance Co.   : NO. 08cv3222
LLP, Et Al.             :

### MOTION TO PROCEED IN FORMA PAUPERIS

Since Feb. 1, 2004, I have been under Constant Medilcare. I have a full year of Home nursing remaining (Nazareth Home Care) Loss of hand and foot Tactile sense, Constant Headache, Loss of firm Balance and Blood Pressure Fluctuations which resulted in a second Hospitaliza for a Transient Coronary event on Top of a Partially Severed Spinal Cord. from the Accident of Feb. 1, 2004 to the Present I have had no income (Work) Social Security does not start until 7-6-'08.

George E. Ray
**Signature**

5368 Sydenham St.
Phila., Pa. 19141
**Address**

George E. Ray
**Print your name**

## STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

George E. Ray
Full name of Plaintiff

v.                                                             Civil Action No. _____

Global Acceptance Co. L.P.
Defendant(s)

I, George E. Ray, declare under the penalty of perjury, that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I believe I am entitled to relief.

1.) Are you presently employed?   Yes ☐   No ☑
   a.) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____
   
   b.) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. Jan. 2004 varied salarie for numerous Acting Roles S.A.G. Member $1,200°° to $5,000.°° approx.

2.) Have you received within the past twelve months any money from any of the following sources?
   a.) Business, profession, or form of self-employment?          Yes ☐   No ☑
   b.) Rent payments, interest, or dividends?                     Yes ☑   No ☐
   c.) Pensions, annuities, or life insurance payments?           Yes ☐   No ☑
   d.) Gifts or inheritances?                                     Yes ☑   No ☐
   e.) Any other sources?                                          Yes ☑   No ☐
   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. b. Remaining Residuals from the Movie "Beloved" total $14.00 last 3 mnth payment   d. Gift $250.00 from my family and friends a month ago   e. I sold my Car $1,500.°° 4 months ago

3.) Do you own cash, or do you have money in a checking or savings account? Yes ☑   No ☐
   If the answer is "yes", state the total value of the items owned. $130.00

4.) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☑   No ☐
   If the answer is "yes", describe the property and state its approximate value. Home, about to be retained by my wife in a Pending Divorce settlement valued (recently with improvements) $89,000.°°

5.) List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. None

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED ON  7-29-'08                    George E. Ray
              (Date)                     (Plaintiff's Signature)